IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


OTIS R. RANSAW and        )
VERONICA RANSAW,          )
                          )
     Plaintiffs,          )
                          )        CIVIL ACTION NO.
     v.                   )         2:16cv147-MHT
                          )            (WO)
UNITED SERVICES AUTOMOBILE )
ASSOCIATION and USAA      )
FEDERAL SAVINGS BANK,     )
                          )
     Defendants.          )

JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The parties' objections (doc. nos. 29 & 30) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 28) is adopted.

(3) Defendants' motion for summary judgment (doc. no. 21) is granted as to plaintiffs' claims under federal law, but is denied without prejudice as to

plaintiffs' claims under state law.

(4) Judgment is entered in favor of defendants and against plaintiff on plaintiff's claims under federal law.

(5) The court declines to exercise supplemental jurisdiction over plaintiffs' claims under state law, and those claims are dismissed without prejudice.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 30th day of June, 2017.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE